UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:26-cv-00796-KK-SSC                  Date: April 1, 2026

Title      Abdullah Ihssan Jasim v. D. Marin et al


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


            Teagan Snyder                            n/a
            Deputy Clerk                  Court Reporter / Recorder

   Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
            None Present                          None Present


**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Comply with Court Order**


On February 17, 2026, Petitioner Abdullah Ihssan Jasim, now represented by counsel, filed *pro se* a petition under 28 U.S.C. § 2241. At the time of filing, Petitioner did not pay the required filing fee or request to proceed *in forma pauperis*, and a deficiency was issued on February 19, 2026, requiring Petitioner to pay the fee or request to proceed *in forma pauperis* by March 23, 2026. (ECF 3.) The deadline to pay the filing fee or request to proceed *in forma pauperis* has passed and the court has not received any response or any other communication from Petitioner regarding the filing fee.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00796-KK-SSC                    Date: April 1, 2026

Title      Abdullah Ihssan Jasim v. D. Marin et al

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **April 3, 2026,** why this action should not be dismissed for failure to comply with a court order.

If Petitioner pays the filing fee or requests to proceed *in forma pauperis* by April 3, 2026, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

Petitioner is cautioned that failure to timely respond to this order to show cause, pay the filing fee, or request to proceed *in forma pauperis* will result in a recommendation to the district judge to dismiss this case for failure to comply with a court order.

**IT IS SO ORDERED.**

 

 

Initials of Preparer        **ts**

---