UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH IHSSAN JASIM,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-00796-KK-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Granting the Petition and Entry of Judgment Under 28 U.S.C. § 2241, IT IS ADJUDGED that the petition is granted.

DATED: May 18, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE